UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>　　BRIAN LEE TRAMMELL JR<br><br>　　　　　　　　　　　　　　Debtor | CASE NO: 05-45319<br>　　　　　(Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4010037**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | BRIAN LEE TRAMMELL JR<br>805 WILMINGTON AVE<br>APT 41<br>DAYTON, OH  45420 | 23.08 |

　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey M. Kellner
　　　　　　　　　　　　　　　　　　　Jeffrey M. Kellner  0022205
　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　131 N LUDLOW ST   SUITE 900
　　　　　　　　　　　　　　　　　　　DAYTON, OH  45402-1161
　　　　　　　　　　　　　　　　　　　(937)222-7600   Fax (937)222-7383
　　　　　　　　　　　　　　　　　　　email: chapter13@dayton13.com

　　　　　　　　　　　　　　　　　　　Dated: 4/14/2010

Certificate of Service             05-45319

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

BRIAN LEE TRAMMELL JR
805 WILMINGTON AVE
APT 41
DAYTON, OH  45420

G TIMOTHY DEARFIELD
2555 SOUTH DIXIE AVENUE
SUITE 201
KETTERING, OH  45409

(23.1n)
GILBERT B WEISMAN ESQUIRE
BECKET & LEE LLP
BOX 3001
MALVERN, PA  19355

(24.1n)
NCO PORTFOLIO MANAGEMENT
%BECKET & LEE
BOX 3001
MALVERN, PA  19355

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner            cs